1  JAMES V. FITZGERALD, III (State Bar No. 55632)
   NOAH G. BLECHMAN (State Bar No. 197167)
2  ELIZABETH M. DOOLEY (State Bar No. 289510)
   MCNAMARA, NEY, BEATTY, SLATTERY,
3  BORGES & AMBACHER LLP
   1211 Newell Avenue
4  Walnut Creek, CA 94596
   Telephone: (925) 939-5330
5  Facsimile:  (925) 939-0203

6  Attorneys for Defendant
   CITY OF SAN RAMON
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | ODIS WILLIAM CHENAULT, JR.,              | Case No. C15-03662 SK
12 |         Plaintiff,                        | **STIPULATION AND ORDER
   |                                           | CONTINUING DEADLINE FOR
13 |   vs.                                     | MEDIATION**
14 | CITY OF SAN RAMON, SAN RAMON
   | POLICE DEPARTMENT, AND JOHN
15 | DOES NUMBERS 1 THROUGH 4 (IN
   | OFFICIAL AND INDIVIDUAL
16 | CAPACITIES),
17 |         Defendants.

18

19    IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action,

20 through their respective counsel of record, as follows:

21    WHEREAS the parties are respectfully requesting that the Court continues the deadline

22 for mediation for several months, until after the parties have had sufficient time to conduct

23 discovery and go forward with mediation.

24    WHEREAS currently this matter has a deadline to mediate this case by essentially April

25 12, 2016.  (See ECF 27).

26    WHEREAS the parties and mediator have agreed on a tentative mediation date of May 17,

27 2016, which was set to give the parties some time for discovery and per the availability of counsel

28 and the mediator.

STIPULATION AND ORDER CONTINUING
DEADLINE FOR MEDIATION
C15-03662 SK

WHEREAS the parties need some time for discovery before mediation can go forward. As such, the parties jointly request the Court set the new mediation deadline to May 31, 2016. Our assigned mediator, Mr. Randy Hall, agrees with the timing as set forth herein.

WHEREAS good cause exists to continue the mediation deadline.

The parties attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

**IT IS SO STIPULATED**

Dated:  March 4, 2016          MCNAMARA, NEY, BEATTY, SLATTERY,
                               BORGES & AMBACHER LLP

                               By:   /s/ Noah G. Blechman
                                     James V. Fitzgerald, III / Noah G. Blechman
                                     Elizabeth M. Dooley
                                     Attorneys for Defendant
                                     CITY OF SAN RAMON

Dated:  March 4, 2016          LAW OFFICES OF MARK KELSEY

                               By:   /s/ Mark Kelsey
                                     Mark Kelsey, Attorney for Plaintiff
                                     ODIS CHENAULT

**ORDER**

**PURSUANT TO THE FOREGOING STIPULATION, THE COURT ORDERS AS FOLLOWS:**

The mediation deadline is continued to May 31, 2016.

**IT IS SO ORDERED**

Dated:  March 4, 2016          By:   *Sallie Kim*
                                     Honorable Sallie Kim
                                     United States Magistrate Judge

STIPULATION AND ORDER CONTINUING           2
DEADLINE FOR MEDIATION
C15-03662 SK